**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **GACO Fitness LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-0607639** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **650 Portabello Ln**<br>**Marietta, GA 30068**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cobb**<br>County | **Location of principal assets, if different from principal place of business**<br>**2745 Sandy Plains Road, Space #120 Marietta, GA 30066**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **GACO Fitness LLC**                                                      Case number (*if known*)  _____
            Name

---

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_7139_

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District  _____  When  _____  Case number  _____

District  _____  When  _____  Case number  _____

---

Debtor    **GACO Fitness LLC**                                    Case number (if known) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **GACO Fitness LLC**

Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **GACO Fitness LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2023**
MM / DD / YYYY

**X** **/s/ Byron J. Gatewood**                    **Byron J. Gatewood**
Signature of authorized representative of debtor            Printed name

Title    **Member - Manager**

**18. Signature of attorney**

**X** **/s/ Angelyn M. Wright**                Date    **May 18, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Angelyn M. Wright**
Printed name

**The Wright Law Alliance, P.C.**
Firm name

**1244 Clairmont Road, Suite 222**
**P.O. Box 3576**
**Decatur, GA 30031**
Number, Street, City, State & ZIP Code

Contact phone    **(404) 373-9933**        Email address    **twlopc@earthlink.net**

**777662 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **GACO Fitness LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF GEORGIA

Case number (if known)      _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2023**          *X* **/s/ Byron J. Gatewood**
                                      Signature of individual signing on behalf of debtor

                                      **Byron J. Gatewood**
                                      Printed name

                                      **Member - Manager**
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name          **GACO Fitness LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................................    $ _____ **101,431.59**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................................    $ _____ **101,431.59**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $ _____ **184,211.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $ _____ **5,777.98**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ **295,559.35**

4. **Total liabilities** ............................................................................................................................
    Lines 2 + 3a + 3b                                                                                                    $ _____ **485,548.33**

**Fill in this information to identify the case:**

Debtor name **GACO Fitness LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Navy Federal Credit union** | **Business Checking** | **8740** | $1,230.45 |
| 3.2. | **Navy Federal Credit Union** | **Business Savings** | **9496** | $1.14 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,231.59 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor    **GACO Fitness LLC**                                      Case number *(If known)* _____
Name

11a. 90 days old or less: _____**0.00**____ - _____**0.00**____ = .... _____**Unknown**____
                          face amount        doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                              | **$0.00** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Desks (2) | Unknown | Liquidation | $50.00 |
| | Mini-fridge | Unknown | Liquidation | $50.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | 2 Laptops (old) | Unknown | | $60.00 |
| | Cordless phones (2) | Unknown | Liquidation | $40.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

---

| Debtor | **GACO Fitness LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $200.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
�■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Fitness equipment (See Addendum A<br>attached) | Unknown | Liquidation | $75,000.00 |
| Matrix weight-lifting machines | Unknown | Liquidation | $25,000.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | $100,000.00 |
|---|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other | Nature and<br>extent of<br>debtor's interest | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor    **GACO Fitness LLC**                                   Case number *(If known)* _____
          Name

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **in property** | | | |
|---|---|---|---|---|
| 55.1. **2475 Sandy Plains Road, Suite 120, Marietta, GA 30066 The Corners Shopping Center** | **Lessee** | **Unknown** | **Liquidation** | **Unknown** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$0.00** |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **GACO Fitness LLC**                                      Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,231.59 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $100,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $101,431.59 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $101,431.59 |

# Addendum to Schedule A/B - Buisness Equipment

**Fixed Assets Spreadsheet**

| Count | Equipment | Model | Area | |
|---|---|---|---|---|
| 3 | ArcTrainer by Cybex | | Cardio Room | $ 1,500.00 |
| 4 | Precor Recumbant Bikes | | Cardio Room | $ 3,200.00 |
| 2 | Precor bikes | | Cardio Room | $ 2,000.00 |
| 1 | LifeFitness eliptical | | Cardio Room | $ 300.00 |
| 2 | Concept II Indoor rower | | Cardio Room | $ 300.00 |
| 1 | StarTrac Instinct | 9INS101003BSS | Cardio Room | $ 500.00 |
| 1 | Nautilus NitroPlus Vertical Chest | | Cardio Room | $ 250.00 |
| 4 | yoga mats | | Cardio Room | $ - |
| 2 | soft mat | | Cardio Room | $ - |
| 6 | Sets BodyMasters hand weights | | Cardio Room | $ 50.00 |
| 3 | Sets hand weights | | Cardio Room | $ 30.00 |
| 4 | Matrix treadmill | MX-T5X | Cardio Room | $ 5,000.00 |
| 4 | Matrix treadmill | MX T3X | Cardio Room | $ 5,000.00 |
| 1 | Precor EFX546 eliptical | | Cardio Room | $ 250.00 |
| 2 | Industrial fans | | Cardio Room | $ 20.00 |
| 1 | Heater | | Cardio Room | $ - |
| 2 | Paper towel dispensers | | Cardio Room | $ - |
| 2 | LifeFitness Cross Trainers | | Cardio Room | $ 600.00 |
| 4 | PreCor EFX eliptical | | Cardio Room | $ 10,000.00 |
| 2 | PreCor AMT eliptical | | Cardio Room | $ 8,000.00 |
| 2 | Matrix stairclimber | | Cardio Room | $ 12,000.00 |
| 1 | Matrix stairclimber | C5X/7X | Cardio Room | $ 9,000.00 |
| 2 | Matrix Crosstrainer | | Cardio Room | $ 9,500.00 |
| 1 | Cybex Glute Press | | Cardio Room | $ 50.00 |
| 1 | Cybex Ab Crunch | | Cardio Room | $ 50.00 |
| 1 | The Abench | | Cardio Room | $ 50.00 |
| 2 | BodyMasters lift | | Cardio Room | $ 100.00 |
| 1 | PlatinumFitness Equipment lift | | Cardio Room | $ 50.00 |
| 1 | TRX Suspension Trainer straps | | Cardio Room | $ 50.00 |
| 1 | Nautilus Hip Abductor | | Cardio Room | $ 250.00 |
| 1 | Nautilus Ab | | Cardio Room | $ 250.00 |
| 1 | StarTrac Instinct Bicep Curl | | Cardio Room | $ 250.00 |
| 1 | StarTrac Instinct leg curl | | Cardio Room | $ 250.00 |
| 1 | StarTrac Instinct tricep extension | | Cardio Room | $ 250.00 |
| 1 | StarTrac Instinct arm curl | | Cardio Room | $ 250.00 |
| 7 | Resistance Bands | | Cardio Room | $ - |
| 16 | Half steps | | Cardio Room | $ 75.00 |
| 1 | Step top | | Cardio Room | $ 10.00 |
| 3 | Trash cans | | Cardio Room | $ - |

**Page 1 of 4**

| Item | Room | Amount |
|------|------|--------|
| 1 clock | Cardio Room | $      - |
| 7 LG televisions | Cardio Room | $  1,400.00 |
| 1 New Matrix Ultra Biceps Curl | Weight Room | $  3,500.00 |
| 1 New Matrix Ultra Triceps Press | Weight Room | $  3,500.00 |
| 1 New Matrix Ultra Lateral Raise | Weight Room | $  3,500.00 |
| 1 New Matrix Ultra Pec Fly/Rear Delt | Weight Room | $  3,500.00 |
| 1 New Matrix Ultra Shoulder Press | Weight Room | $  3,500.00 |
| 1 New Matrix Ultra Seated Row | Weight Room | $  3,500.00 |
| 1 New Matrix Ultra Lat Pulldown | Weight Room | $  3,500.00 |
| 1 New Matrix Ultra Chest Press | Weight Room | $  3,500.00 |
| 1 New Matrix Ultra Seated Leg Curl | Weight Room | $  3,500.00 |
| 1 New Matrix Ultra Leg Press | Weight Room | $  3,500.00 |
| 1 New Matrix Ultra Leg Extension | Weight Room | $  3,500.00 |
| 2 BodyMasters free weight Leg Press | Weight Room | $  1,000.00 |
| 1 triangular Body Masters weight rack | Weight Room | $    200.00 |
| 1 Cybex free weight Leg Press | Weight Room | $    200.00 |
| 1 Cybex free weight calf lift | Weight Room | $    200.00 |
| 1 BodyMasters Decline Bench Press | Weight Room | $    200.00 |
| 2 PlatinumFitness Equipment Decline Bench Press | Weight Room | $    200.00 |
| 1 Paramount Total Shoulder Press-Row-Deltoid | Weight Room | $    200.00 |
| 1 BodyMasters 420Tricep Press | Weight Room | $    200.00 |
| 1 HammerStrength Behind Neck Press | Weight Room | $    200.00 |
| 1 HammerStrength High Row | Weight Room | $    200.00 |
| 1 LifeFitness Pecy Fly/Rear Delt | Weight Room | $    200.00 |
| 1 HammerStrength ISO Lateral Horizontal Bench Press | Weight Room | $    200.00 |
| 1 HammerStrength ISO Bench Press | Weight Room | $    200.00 |
| 91 45 lb round free weight plates | Weight Room | $    500.00 |
| 41 35 lb round free weight plates | Weight Room | $    250.00 |
| 41 25 lb round free weight plates | Weight Room | $    250.00 |
| 37 10 lb round free weight plates | Weight Room | $    250.00 |
| 31 5 lb round free weight plates | Weight Room | $    250.00 |
| 16 2.5 lb round free weight plates | Weight Room | $    150.00 |
| 1 HammerStrength Tricep press | Weight Room | $    200.00 |
| 1 HammerStrength ISO Row | Weight Room | $    200.00 |
| 1 Cybex Incline Bench | Weight Room | $    200.00 |
| 2 bench | Weight Room | $    150.00 |
| 1 soft mat | Weight Room | $      - |
| 2 yoga mat | Weight Room | $      - |
| 1 Seated Bicep Curl | Weight Room | $    200.00 |
| 1 Standing Bicep Bench | Weight Room | $    200.00 |
| 1 Seated Bench | Weight Room | $    200.00 |
| 1 Decline Bench | Weight Room | $    200.00 |
| 1 HammerStrength Lift machine | Weight Room | $    200.00 |
| 1 Platinum Fitness Equipment weight rack | Weight Room | $    500.00 |
| 2 30 lb barbell - Easy Bar | Weight Room | $     25.00 |
| 2 40 lb barbell - Easy Bar | Weight Room | $     25.00 |
| 2 50 lb barbell - Easy Bar | Weight Room | $     25.00 |
| 2 60 lb barbell - Easy Bar | Weight Room | $     25.00 |
| 2 70 lb barbell - Easy Bar | Weight Room | $     25.00 |

| Qty | Item | Location | | Value |
|---|---|---|---|---|
| 2 | 70 lb barbell - Straight Bar | Weight Room | $ | 25.00 |
| 2 | 80 lb barbell - Straight Bar | Weight Room | $ | 25.00 |
| 2 | 90 lb barbell - Straight Bar | Weight Room | $ | 25.00 |
| 2 | 100 lb barbell - Straight Bar | Weight Room | $ | 25.00 |
| 2 | 110 lb barbell - Straight Bar | Weight Room | $ | 25.00 |
| 1 | Icarian Weight Accesories rack | Weight Room | $ | 50.00 |
| 2 | Set IGX Dumbell - 5 lb | Weight Room | | |
| 2 | Set IGX Dumbell - 10 lb | Weight Room | | |
| 2 | Set IGX Dumbell - 15 lb | Weight Room | | |
| 2 | Set IGX Dumbell - 20 lb | Weight Room | | |
| 2 | Set IGX Dumbell - 25 lb | Weight Room | | |
| 2 | Set IGX Dumbell - 30 lb | Weight Room | | |
| 2 | Set IGX Dumbell - 35 lb | Weight Room | | |
| 2 | Set IGX Dumbell - 40 lb | Weight Room | | |
| 2 | Set IGX Dumbell - 45 lb | Weight Room | | |
| 2 | Set IGX Dumbell - 50 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 55 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 60 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 65 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 70 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 75 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 80 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 85 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 90 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 95 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 100 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 105 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 110 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 115 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 120 lb | Weight Room | | |
| 1 | Set IGX Dumbell - 125 lb | Weight Room | | |
| | Entire Set of Dumbeslls | | $ | 1,000.00 |
| 1 | Dumbell set - 3 lb | Weight Room | $ | 10.00 |
| 1 | Dumbell set - 5 lb | Weight Room | $ | 10.00 |
| 1 | Dumbell set - 6 lb | Weight Room | $ | 10.00 |
| 1 | Dumbell set - 12 lb | Weight Room | $ | 10.00 |
| 2 | Bosu Ball | Weight Room | $ | 10.00 |
| 4 | no slip gym mat | Weight Room | $ | - |
| 7 | Resistance Bands | Weight Room | $ | - |
| 1 | clock | Weight Room | $ | - |
| 1 | NEC television | Weight Room | $ | - |
| 1 | HammerStrength Barbell Rack | Weight Room | $ | 50.00 |
| 3 | Weightlifting Power Rack | Weight Room | $ | 500.00 |
| 5 | Straight Bar | Weight Room | $ | 100.00 |
| 2 | Easy Bar | Weight Room | $ | 50.00 |
| 1 | Cable Crossover Machine | Weight Room | $ | 3,000.00 |
| 2 | Bistro Table | Weight Room | $ | - |
| 1 | leather couch | Weight Room | $ | 50.00 |
| 6 | leather chairs | Weight Room | $ | 50.00 |

| Qty | Item | Location | | Value |
|---|---|---|---|---|
| 2 | Stainless trash cans | Weight Room | $ | - |
| 1 | rectangular folding table | Weight Room | $ | - |
| 1 | stereo system with speakers | Weight Room | $ | 50.00 |
| 16 | security cameras | Front Desk | $ | - |
| 1 | security monitor | Front Desk | $ | - |
| 2 | Panasonic Phones | Front Desk | $ | - |
| 1 | Lenovo ThinkPad laptop | Front Desk | $ | 150.00 |
| 1 | RCA tablet | Front Desk | $ | 150.00 |
| 1 | Dell desktop computer/keyboard | Front Desk | $ | 100.00 |
| 1 | Brother MFC printer/scanner/fax | Front Desk | $ | 50.00 |
| 2 | Logitech wireless mouse | Front Desk | $ | - |
| 1 | Keurig coffee machine | Front Desk | $ | - |
| 25 | Steps | Group Fitness | $ | 750.00 |
| 20 | Sets of Group barbell system and stand | Group Fitness | $ | 1,000.00 |
| 1 | Stero and sound system | Group Fitness | $ | 300.00 |
| | Assorted Silve Sneakers Chairs | Group Fitness | $ | 300.00 |
| 10 | Kuusch Steps | Group Fitness | $ | 600.00 |
| | Assorted Hand Weights | Group Fitness | $ | 200.00 |
| | Wet Area & Pump Room Equipment | | $ | 4,000.00 |

**Fill in this information to identify the case:**

Debtor name **GACO Fitness LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1 CRF Small Bus. Loan Co. LLC**
Creditor's Name

**801 Nicollet Mall, #1700W**
**Minneapolis, MN**
**55402-2532**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**8/2020**

Last 4 digits of account number
**3054**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All property of the Debtor**                              $184,211.00        $101,431.59

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $184,211.00

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SBA**<br>**Office of General Counsel**<br>**409 Third St, SW**<br>**Washington, DC 20416** | Line **2.1** | |

Debtor    **GACO Fitness LLC**
Name                                          Case number (*if known*)

**SBA**
**Office of General Counsel**                 Line    **2.1**
**233 Peachtree St NE, Suite 300**
**Atlanta, GA 30303**

**Fill in this information to identify the case:**

Debtor name      **GACO Fitness LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Cobb County Tax Comm'r**<br>**736 Whitlock Ave, Suite 100**<br>**Marietta, GA 30064** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,026.57 | $3,026.57 |
| | Date or dates debt was incurred<br>**2021** | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number **7908**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Cobb County Tax Comm'r**<br>**736 Whitlock Ave, Suite 100**<br>**Marietta, GA 30064** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,751.41 | $2,751.41 |
| | Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number **7908**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **GACO Fitness LLC**
_____
Name    Case number (if known) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Georgia Department of Revenue Compliance Division**
**1800 Century Blvd, Ste 16102**
**Atlanta, GA 30345-3205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number **7639**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number **7639**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,948.49** |

**Capital One Spark Business**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various dates**
Last 4 digits of account number **9672**

Basis for the claim: **Credit card charges**

Is the claim subject to offset? ☑ No ☐ Yes

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,525.69** |
|---|---|---|---|

**CINTAS Corporation**
**3600 Kennesaw**
**Kennesaw, GA 30144**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various dates**
Last 4 digits of account number **2964**

Basis for the claim: **Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Comcast Business**
**PO Box 2127**
**Norcross, GA 30091-2127**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number **8396**

Basis for the claim: **Utility Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **GACO Fitness LLC**
_____
Name

Case number (if known) _____

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Fitness 1440 Inc.**
**870 East Williams Field Road**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2020** _

Basis for the claim:  **Deficiency of Franchise Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.64 |
|---|---|---|---|

**Georgia Power**
**241 Ralph McGill Blvd**
**Atlanta, GA 30308-3374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Utility service for Unit 124**

Last 4 digits of account number  **8063**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.57 |
|---|---|---|---|

**Georgia Power**
**241 Ralph McGill Blvd**
**Atlanta, GA 30308-3374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Utility service for Unit 122**

Last 4 digits of account number  **8066**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,222.96 |
|---|---|---|---|

**Georgia Power**
**241 Ralph McGill Blvd**
**Atlanta, GA 30308-3374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Utility service for Unit 120**

Last 4 digits of account number  **8054**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Highland Capital Corporation**
**370 Pascack Rd**
**Township of Washington, NJ 07676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Matrix Treadmill lease deficiency**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247,000.00 |
|---|---|---|---|

**MSC Naples, LLC**
**c/o Urban Retail Properties**
**925 S Federal Hwy, Suite 700**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commercial real property lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.00 |
|---|---|---|---|

**Orion Fire Systems**
**1590 N Roberts Rd, #210**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Fire extinguishers/emergency lights**

Last 4 digits of account number  **3347**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **GACO Fitness LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$94.00** |
|---|---|---|---|

**Procare Pest Services**
3850 Canton Rd, #3118
Marietta, GA 30066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim: **Pest Control**

Last 4 digits of account number  5319

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Byron J Gatewood**<br>**650 Portabello Ln**<br>**Marietta, GA 30068** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Fitness 1440 Inc.**<br>**1569 NE 2nd Street**<br>**Bend, OR 97701** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Fitness 1440 Inc.**<br>**12013 Frankstown Rd**<br>**Pittsburgh, PA 15235** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Luke A. Kill, Esq.**<br>**Andre Kill & McCarthy, LLP**<br>**244 Roswell St, Suite 1000**<br>**Marietta, GA 30060** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 5,777.98 |
| 5b. Total claims from Part 2 | 5b.  + | $ 295,559.35 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 301,337.33 |

**Fill in this information to identify the case:**

Debtor name    **GACO Fitness LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Gym Franchise Agreement** | |
| State the term remaining    **84 months** | **Fitness 1440 Inc.** |
| List the contract number of any government contract | **870 East Williams Field Road** |
| | **Gilbert, AZ 85295** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    **Equipment lease - 1 Matrix Fitness Treadmill** | |
| State the term remaining    **Through 10/2/2026** | **Highland Capital Corporation** |
| List the contract number of any government contract | **370 Pascack Rd** |
| | **Township of Washington, NJ 07676** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest    **Commercial lease for real property located at The Corners Shopping Center, 2475 Sandy Plains Road, #120, Marietta, GA 30066.** | |
| State the term remaining    **Through 11/30/2024** | **MSC Naples, LLC** |
| List the contract number of any government contract | **c/o Urban Retail Properties** |
| | **925 S Federal Hwy, Suite 700** |
| | **Boca Raton, FL 33432** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **GACO Fitness LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ashley Gatewood** | **650 Portabello Ln**<br>**Marietta, GA 30068** | **CRF Small Bus. Loan Co. LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Byron J Gatewood** | **650 Portabello Ln**<br>**Marietta, GA 30068**<br>**Personal Guaranty** | **Highland Capital Corporation** | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.3 | **Byron J Gatewood** | **650 Portabello Ln**<br>**Marietta, GA 30068**<br>**Personal Guaranty** | **MSC Naples, LLC** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.4 | **Byron J Gatewood** | **650 Portabello Ln**<br>**Marietta, GA 30068** | **CRF Small Bus. Loan Co. LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Byron J Gatewood** | **650 Portabello Ln**<br>**Marietta, GA 30068** | **Fitness 1440 Inc.** | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |

Debtor    **GACO Fitness LLC**                                                                 Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

**Fill in this information to identify the case:**

Debtor name   **GACO Fitness LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an
  amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☑ Operating a business<br>☐ Other  _____ | $124,088.19 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other  _____ | $392,296.25 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other  _____ | $436,905.26 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | GACO Fitness LLC | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Byron J Gatewood**<br>**650 Portabello Ln**<br>**Marietta, GA 30068**<br>**Member-Manager** | **4/25/2023**<br>**5/1/2023** | **$5,371.32** | **Payroll** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this **case.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

Debtor    **GACO Fitness LLC**                                                      Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Wright Law Alliance, P.C.**  **1244 Clairmont Road, Suite 222**  **P.O. Box 3576**  **Decatur, GA 30031** | **Bankruptcy Consulting Fees** | | **$4,655.00** |
| | **Email or website address**  **twlopc@earthlink.net** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **The Wright Law Alliance, P.C.**  **1244 Clairmont Road, Suite 222**  **P.O. Box 3576**  **Decatur, GA 30031** | **Bankruptcy Representation Fees** | | **$6,662.00** |
| | **Email or website address**  **twlopc@earthlink.net** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **The Wright Law Alliance, P.C.**  **1244 Clairmont Road, Suite 222**  **P.O. Box 3576**  **Decatur, GA 30031** | **Bankruptcy Filing Fee** | | **$338.00** |
| | **Email or website address**  **twlopc@earthlink.net** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

Debtor    **GACO Fitness LLC**                                    Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor in 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, street address, email address, credit card number, telephone and/or cell phone number** _____

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

| Debtor | GACO Fitness LLC | Case number *(if known)* | |

moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Debtor    GACO Fitness LLC _____     Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Byron J Gatewood** **650 Portabello Ln** **Marietta, GA 30068** | **8/2020 - 5/2023** **(Bookkeeper)** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Byron J Gatewood** **650 Portabello Ln** **Marietta, GA 30068** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    **GACO Fitness LLC**                                                      Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Byron J Gatewood** | **650 Portabello Ln Marietta, GA 30068** | **Member-Manager** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Byron J Gatewood 650 Portabello Ln Marietta, GA 30068** | **$5,371.32** | **4/25/2023 5/1/2023** | **Payroll** |
| **Relationship to debtor Member-Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **GACO Fitness LLC**                                          Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2023**

**/s/ Byron J. Gatewood**                              **Byron J. Gatewood**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member - Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **8**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **GACO Fitness LLC**                                                                                Case No. _____

                                                                        Debtor(s)       Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 11,317.00 |
| Prior to the filing of this statement I have received | $ | 11,317.00 |
| Balance Due | $ | 0.00 |

2.   $  **338.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor          ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Initial intake, etc.**
         **Pre-confirmation turnover proceedings/Stop creditor action**
         **Motion to extend or impose stay**
         **Certificate of exigent circumstances**
         **EDO**
         **Amendments necessary to confirm plan**
         **Lien avoidances necessary to confirm plan**
         **Objections to claims necessary to confirm plan (except by adversary proceeding)**
         **Bar date review (and all resulting/related pleadings)**
         **Pre-discharge financial management certificate**
         **Pre-discharge DSO certification**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Reset Meeting of Creditors - $100.00**
         **Motion to redeem - $600.00**
         **Motion to sell property of the estate - $500.00**
         **Motion to approve compromise - $500.00**
         **Application to employ professional - $300.00**
         **Applications/motion to refinance - $300.00**
         **Objections to claims - $100.00 hourly**
         **Motion to reopen, reconsider or vacate dismissal - $500.00**
         **Motion to re-impose stay - $500.00**
         **Adversary proceedings - $385.00 hourly (requires separate agreement on fees/scope)**
         **Appellate proceeding - $385.00 hourly (requires separate agreement on fees/scope)**
         **[Any services not specifically set forth above are deemed to fall within the Base Fee.]**

In re  **GACO Fitness LLC** _____    Case No. _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 18, 2023** _____    **/s/ Angelyn M. Wright** _____
*Date*                                      **Angelyn M. Wright**
                                            *Signature of Attorney*
                                            **The Wright Law Alliance, P.C.**
                                            **1244 Clairmont Road, Suite 222**
                                            **P.O. Box 3576**
                                            **Decatur, GA 30031**
                                            **(404) 373-9933   Fax: (888) 900-0610**
                                            **twlopc@earthlink.net** _____
                                            *Name of law firm*

Ashley Gatewood
650 Portabello Ln
Marietta, GA 30068


Byron J Gatewood
650 Portabello Ln
Marietta, GA 30068


Capital One Spark Business
PO Box 30285
Salt Lake City, UT 84130-0285


CINTAS Corporation
3600 Kennesaw
Kennesaw, GA 30144


Cobb County Tax Comm'r
736 Whitlock Ave, Suite 100
Marietta, GA 30064


Comcast Business
PO Box 2127
Norcross, GA 30091-2127


CRF Small Bus. Loan Co. LLC
801 Nicollet Mall, #1700W
Minneapolis, MN 55402-2532


Fitness 1440 Inc.
870 East Williams Field Road
Gilbert, AZ 85295


Fitness 1440 Inc.
1569 NE 2nd Street
Bend, OR 97701

Fitness 1440 Inc.
12013 Frankstown Rd
Pittsburgh, PA 15235


Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Ste 16102
Atlanta, GA 30345-3205


Georgia Power
241 Ralph McGill Blvd
Atlanta, GA 30308-3374


Highland Capital Corporation
370 Pascack Rd
Township of Washington, NJ 07676


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Luke A. Kill, Esq.
Andre Kill & McCarthy, LLP
244 Roswell St, Suite 1000
Marietta, GA 30060


MSC Naples, LLC
c/o Urban Retail Properties
925 S Federal Hwy, Suite 700
Boca Raton, FL 33432


Orion Fire Systems
1590 N Roberts Rd, #210
Kennesaw, GA 30144


Procare Pest Services
3850 Canton Rd, #3118
Marietta, GA 30066

```
SBA
Office of General Counsel
409 Third St, SW
Washington, DC 20416


SBA
Office of General Counsel
233 Peachtree St NE, Suite 300
Atlanta, GA 30303
```

# United States Bankruptcy Court
## Northern District of Georgia

In re **GACO Fitness LLC** _____

Debtor(s)

Case No. _____

Chapter **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member - Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 18, 2023** _____

**/s/ Byron J. Gatewood** _____
**Byron J. Gatewood/Member - Manager**
Signer/Title

# United States Bankruptcy Court
### Northern District of Georgia

In re   **GACO Fitness LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GACO Fitness LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 18, 2023**

Date

**/s/ Angelyn M. Wright**

**Angelyn M. Wright**

Signature of Attorney or Litigant

Counsel for   **GACO Fitness LLC**

**The Wright Law Alliance, P.C.**
**1244 Clairmont Road, Suite 222**
**P.O. Box 3576**
**Decatur, GA 30031**
**(404) 373-9933 Fax:(888) 900-0610**
**twlopc@earthlink.net**